UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CATERINA MASTRONARDI, as Parent and        Case No.: 0:21-cv-60582-RKA
Natural Guardian of G.M.,

       Plaintiff,

vs.

UNITED BEHAVIORAL HEALTH, INC. d/b/a
OPTUM

       Defendant.

_____/

## PLAINTIFF'S NOTICE OF FILING CIVIL COVER SHEET

     Plaintiff, CATERINA MASTRONARDI, as Parent and Natural Guardian of G.M., by and through her

undersigned counsel, hereby files the attached Civil Cover pursuant to this Court's Notice [Dkt. 3].

     *See Exhibit A.*

     Dated: March 16, 2021

                                Respectfully submitted,

                                **Your Insurance Attorney, PLLC**
                                Health and Medicine Law Firm Division
                                *Counsel for Plaintiff*
                                2601 S. Bayshore Drive,18th Floor
                                Miami, FL 33133
                                Ph: 305-444-5969
                                Service email:
                                health@mellawyers.com
                                Attorney email:
                                msanti@yourinsuranceattorney.com

                                By:     /s/ Maria T. Santi
                                            **MARIA T. SANTI, ESQUIRE**
                                            **Florida Bar No.:  117564**

